IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **TIMOTHY RENARD COLLINS,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-442 (MTT) |
| **Deputy Warden KELLNER,** *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Stephen Hyles. (Doc. 34). The Magistrate Judge, having reviewed the Defendants' motion for summary judgment (Doc. 28), recommends granting the motion because the Plaintiff has failed to sufficiently establish Eighth Amendment claims for failure to protect or deliberate indifference to a serious medical need against the Defendants. The Plaintiff did not respond to the Defendants' motion or file an objection to the Recommendation.

The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge, and the Recommendation is adopted and made the order of this Court. The Defendants' motion for summary judgment is **GRANTED**.

**SO ORDERED**, this the 13th day of March, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT